E-FILED
JAN 23 2009
Document # _____

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOFILO MEDINA, JR.,<br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden,<br>California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 94-1892-RSWL<br><br>**DEATH PENALTY CASE**<br><br>FINAL DISPOSITION AND JUDGMENT |

### FINAL DISPOSITION AND JUDGMENT

For the reasons set forth in the Order Regarding Petition for Writ of Habeas Corpus, issued under seal on June 16, 2008 and ordered to be unsealed concurrently with this judgment, and in the Order Denying Amendment to Pending Petition for Writ of Habeas Corpus to Release State Prisoner for Federal Constitutional Errors (Atkins Claim) issued on June 16, 2008, the Court DENIES all of Teofilo Medina Jr.'s claims for federal habeas relief.

This order constitutes final disposition of the petition and amendment by the Court.

IT IS SO ORDERED.

Dated: January 23, 2009.

*Ronald S.W. Lew*

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge

# NOTICE PARTY SERVICE LIST

**Case No.** CV 94-1892-RSWL  **Case Title** MEDINA v. AYERS, JR.

**Title of Document** FINAL DISPOSITION AND JUDGMENT

|   |   |
|---|---|
|   | ADR |
|   | BAP (Bankruptcy Appellate Panel) |
|   | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Chief Deputy Admin |
|   | Chief Deputy Ops |
|   | Clerk of Court |
|   | Death Penalty H/C (Law Clerks) |
|   | Dep In Chg E Div |
|   | Dep In Chg So Div |
| ✓ | Federal Public Defender |
|   | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | MDL Panel |
| ✓ | Ninth Circuit Court of Appeal |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
| ✓ | Schnack, Randall (CJA Supervising Attorney) |
|   | Statistics Clerk |

|   |   |
|---|---|
|   | US Attorneys Office - Civil Division -L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division -L.A. |
|   | US Attorneys Office - Criminal Division -S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service -Santa Ana (USMSA) |
|   | US Probation Office (USPO) |
|   | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

|   | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

| ***JUDGE / MAGISTRATE JUDGE (list below):*** |
|---|
|   |

**Initials of Deputy Clerk** KD